

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00389-CV

IN RE OTHA GARY WASHINGTON                    RELATOR

-----------

ORIGINAL PROCEEDING

-----------

## MEMORANDUM OPINION[1]

-----------

The court has considered relator's petition for writ of mandamus and is of the opinion that the petition should be dismissed. Accordingly, relator's petition for writ of mandamus is dismissed.

PER CURIAM

PANEL: DAUPHINOT, WALKER, AND MCCOY, JJ.


DELIVERED: November 12, 2013

---

[1]See Tex. R. App. P. 47.4, 52.8(d).